LAW OFFICES

# FREEDMAN ANSELMO LINDBERG & RAPPE LLC

1807 WEST DIEHL ROAD  SUITE 333  NAPERVILLE, ILLINOIS  60563-1890
P.O. BOX 3228, NAPERVILLE, ILLINOIS  60566-7228
(630) 983-0770  FAX (630) 428-4620

| | |
|---|---|
| LOUIS S. FREEDMAN | **BY APPOINTMENT ONLY:** |
| THOMAS J. ANSELMO | |
| STEVEN C. LINDBERG * | 1000 JORIE BLVD.  SUITE 136 |
| ROBERT H. RAPPE, JR. | OAK BROOK, ILLINOIS 60521 |
| JEROME E. RILEY | |
| DOUGLAS A. OLIVER | 180 N. LASALLE STREET, SUITE 2507 |
| BARBARA NILSEN | CHICAGO, ILLINOIS 60601 |
| CLAY A. MOSBERG | ------------------ |
| VINCENT A. CHAVARRIA | * ALSO LICENSED IN FLORIDA |
| RICHARD M. NORTON | ** ALSO LICENSED IN CONNECTICUT |
| MELISSA A. NESHEIM ** | |
| KARL MEYER | |
|   OF COUNSEL | RESPOND TO:  NAPERVILLE |
| JAMES E. POPJOY | |
| LAWRENCE O. TALIANA | |
| JASON A. NEWMAN | |
| NOONAN & LIEBERMAN, LTD. | |

PLEASE REFER TO FILE NO. B09080024

September 10, 2009

To:    David J. Heinz , 816 Florence St., McHenry, IL 60050
       Gina M. Heinz, 816 Florence St., McHenry, IL 60050
       Richard Gustafson, Legal Helpers PC, 233 S. Wacker, Ste 5150, Chicago, IL 60606
       Lydia Meyer, Chapter 13 Trustee, 308 W. State Street, Ste 212, P.O. Box 14127, Rockford, IL 61101-4127

RE:    David Heinz; Gina Heinz; / 06-72251

## NOTICE OF DEFAULT

To Whom It May Concern:

We represent JP Morgan Chase Bank, N.A. in the case cited above.  On July 14, 2009, Trustee Lydia Meyer filed the attached Notice of Payment of Final Mortgage Cure Amount.

PLEASE TAKE NOTICE that our client's records show that the above debtor(s) has/have not complied with their post petition payment obligations according to confirmed Chapter 13 plan on July 25, 2007.  The default is now $25,545.19 for the first loan #426380034377 and default in the amount of $7,446.31 for second loan #426380034700.  Please see attached ledgers.

Very truly yours,

FREEDMAN ANSELMO LINDBERG & RAPPE  LLC  F/K/A FREEDMAN, ANSELMO, LINDBERG  and RAPPE

Steven C. Lindberg

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT,**
**AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**